JOSEPH C. PILLMAN et al., Respondent, *v.* C. EDWARD BILLQVIST et al., Appellants, Impleaded with Another.

(Submitted March 11, 1907; decided March 15, 1907.)

Motion for re-argument denied, with ten dollars costs. (See 187 N. Y. 551.)

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* GAETANO GIANVECCHIO, Appellant.

*People* v. *Gianvecchio,* 113 App. Div. 903, affirmed.
(Argued March 4, 1907; decided April 2, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 11, 1906, which affirmed a judgment of the Court of General Sessions of the Peace in the county of New York, rendered upon a verdict convicting the defendant of the crime of forgery in the second degree.

*Rosario Maggio* for appellant.

*Williams Travers Jerome, District Attorney (Robert C. Taylor* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WILLARD BARTLETT, HISCOCK and CHASE, JJ.